IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Donnie Eugene Aikins, et al., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Warrior Energy Services Corp., | ) | |
| | ) | Case No. 1:13-cv-022 |
| Defendants. | ) | |

Before the court is the Plaintiffs' Motion for attorney Clark Woodson III to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Clark Woodson III has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Plaintiffs' motion (Docket No. 2) is **GRANTED**. Attorney Clark Woodson III is admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

   **IT IS SO ORDERED.**

   Dated this 15th day of February, 2013.

                                       */s/ Charles S. Miller, Jr.*
                                       Charles S. Miller, Jr.
                                       United States Magistrate Judge