# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Donnie Eugene Aikins et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Warrior Energy Services Corp., | ) | |
| | ) | Case No. 1:13-cv-022 |
| Defendants. | ) | |

Before the court are the Defendant's Motions for attorneys William John Bux and J. Michael Rose to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys William John Bux and J. Michael Rose have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motions (Docket Nos. 5-6) are **GRANTED**. Attorneys William John Bux and J. Michael Rose are admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 3rd day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge