# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Donnie Eugene Aikins, et. al., | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:13-cv-022 |
| Warrior Energy Services, Corp., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a "Stipulated Motion to Transfer to the Southern District of Texas Pursuant to 28 U.S.C. § 1404(a)" filed on July 24, 2013. The Court **ADOPTS** the stipulation in its entirety (Docket No. 11) and **ORDERS** that the case be transferred to the Southern District of Texas pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2013.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court